No. 7,303.—F. W. WALL COMPANY, Respondent, *v.* JOHN E. SADRING et al., Appellants.

Decided July 14, 1934.

PER CURIAM.—Upon motion of counsel for respondent, it is ordered that the appeals from the following orders herein be dismissed: (1) From the order overruling the motion to recall the execution; (2) from the order sustaining the motion to amend the minutes; and (3) from the order overruling the motion to vacate the judgment.

*Mr. F. W. Mettler* and *Mr. Carl N. Thompson,* for Appellants.

*Mr. F. V. Watts* and *Messrs. Brown, Wiggenhorn & Davis,* for Respondent.